UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate's Docket No. 22-1112 |
| v. | Misdemeanor Class A |
| GILBERTO QUINONES | |

Offense on a Federal Reservation

Before The Honorable Michael A. Hammer, a United States Magistrate Judge for the Judicial District of New Jersey, appeared this day Carolyn Silane, Assistant United States Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 21st day of October 2021, in the Judicial District of New Jersey, Gilberto Quinones did forcibly assault, resist, oppose, impede, intimidate, and interfere with an employee of the United States Government engaged in and on account of the performance of the employee's official duties in violation of 18 U.S.C. § 111(a)(1).

Further this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

CAROLYN SILANE
ASSISTANT U.S. ATTORNEY

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

DATE:  6/30/22

Hon. Michael A. Hammer /es
HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)

I state that on Oct. 21, 2021 while exercising my duties as a law enforcement officer in the Northern District of New Jersey

On Oct 21, 2021, Gilberto Quinones did knowingly and willfully assault, impede, intimidate, and/or interfere w/ USPS letter carriers while in the performance of their duties.

On 10/21/2021 @ approx 12:34 PM, CCTV footage depicts Quinones entering the area containing Neighborhood Collection Box Units (NCBU) while the USPS carriers were delivering mail. Per protocol, customers are not allowed in this area while the NCBU is open and being loaded. Quinones however insisted he needed his mail and forcefully proceeded to access his mail, albeit later revealed Quinones removed someone else's mail he later refused to give back.

The foregoing statement is based upon:
- [ ] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/10/2021       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/29/2021 14:5